Karen Sue Naylor - Bar No. 144273
P.O. Box 504
Santa Ana, CA 92702-0504
Telephone    (714) 708-3900
Facsimile    (714) 708-3949
Email        knaylor@burd-naylor.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:17-bk-12858 ES |
|---|---|
| **DGW WINE GROUP, LLC** | Chapter 7 |
| Debtor | **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** |
| | [No Hearing Set] |

    **PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)], Karen Sue Naylor, the duly appointed, qualified and acting Trustee of the estate of the above-captioned Debtors, intends to abandon the following property effective as of the petition date as burdensome and of inconsequential value to the estate:

> **All assets of the Debtor which are subject to the security interest of Marcus Lemonis LLC and formerly A Better Life, LLC, including but not limited to funds on deposit, inventory of wine and other related products and office equipment, including all computer equipment and communications systems equipment and software located at 29911 Aventura, Suites C, D, E and F, Rancho Santa Margarita, CA 92688 or such other location where such items are maintained.**

1

After taking into consideration the value, liens, and costs of administration, the subject property is burdensome and of inconsequential value to the estate. In particular the Trustee has investigated the assets through information provided by the Debtor and secured creditor, has reviewed the secured claim, has reviewed the motion for relief filed by the landlord and evaluated the potential administrative claim of the landlord and the costs of administration to determine that such assets are burdensome and of inconsequential value to the estate.

Pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)] and Federal Rules of Bankruptcy Procedure Rule 6007, said property will be abandoned, without further hearing, or Order, unless within fourteen (14) days after service of this notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court at 411 West Fourth Street, Santa Ana CA 92701. **SEE LOCAL BANKRUPTCY RULE 6007-1.**

Date: August 3, 2017

Karen Sue Naylor
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) August 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **LESLIE A BOWER**    leslie@labowerlaw.com
- **William R Cumming**    cumming@cummingandassociateslaw.com
- **Karen S Naylor (TR)**    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com
- **Paul R Shankman**    pshankman@jhindslaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (date) August 3, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2017 | Jaimee Zayicek | /s/ Jaimee Zayicek |
|---|---|---|
| | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:17-bk-12858-ES<br>Central District of California<br>Santa Ana<br>Thu Aug  3 13:21:47 PDT 2017 | CP Empressa RSM, LLC<br>17870 Skypark Circle, Suite 108<br>Irivine, CA 92614 US 92614-6448 | DGW Wine Group, LLC<br>29911 Aventura, Suites C, D, E, F<br>Rancho Santa Margari, CA 92688 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| A Better Life LLC<br>4192 Route 83, Suite C<br>Lake Zurich, IL 60047-9563 | A&M Wines<br>310 Ashlar Dr<br>Napa, CA 94558-3714 | Abnormal Beer Company<br>16990 Via Tazon, Unit 123<br>San Diego, CA 92127-1649 |
| Allen Matkins<br>600 West Broadway, 27th Floort<br>San Diego, CA 92191 | Alpha Omega<br>PO Box 822<br>Rutherford, CA 94573-0822 | Amici Cellars<br>PO Box 399<br>Rutherford, CA 94573-0399 |
| Beachwood Brewing II LP<br>7671 Woodwind Dr<br>Huntington Beach, CA 92647-7142 | Bottle Logic Brewing<br>1072 N. Armando St<br>Anaheim, CA 92806-2605 | CP Empressa RSM LLC<br>c/o Nicole Blake<br>18101 Von Karman Ave, Ste 1240<br>Irvine, CA 92612-7120 |
| Chambers and Chambers, LLC<br>2140 Palou Ave<br>San Francisco, CA 94124-1503 | Chapman Crafted Beer<br>123 N Cypress St<br>Orange, CA 92866-1309 | Classic Wines of California<br>PO Box 51512<br>Los Angeles, CA 90051-5812 |
| Continuum<br>c/o Grapevine Wine Co<br>205 Avenue I, Ste 23<br>Redondo Beach, CA 90277-5619 | Copa Fina Wine Imports<br>7700 Edgewater Dr, Ste 527<br>Oakland, CA 94621-3021 | Coravin, Inc.<br>Dept Ch 10885<br>Palatine, IL 60055-0001 |
| Craft Beer Guild Distributing<br>13211 East 166th St<br>Cerritos, CA 90703-2203 | Dan Isenhart<br>29 Calle Del Sur<br>Rancho Santa Margarita, CA 92688-2917 | David Hanna<br>22195 El Paseo, Suite 110<br>Rancho Santa Margarita, CA 92688-3952 |
| Diane C. Harder Wine Marketing<br>2518 Artesia Blvd<br>Redondo Beach, CA 90278-3210 | Dragonette Cellars<br>PO Box 1932<br>Santa Ynez, CA 93460-1932 | Duckhorn Wine Company<br>PO Box 8401<br>Pasadena, CA 91109-8401 |
| Epic Wines<br>PO Box 8366<br>Pasadena, CA 91109-8366 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Frank Family Vineyards<br>PO Box 1012<br>Saint Helena, CA 94574-0512 |

| | | |
|---|---|---|
| Free Run Juice, LLC<br>2517 Gates Ave, Unit A<br>Redondo Beach, CA 90278-2117 | G&K Services<br>14700 Spring Ave.<br>Santa Fe Springs, CA 90670-5108 | Golden State Cellar<br>16311 Stagg Street<br>Van Nuys, CA 91406-1711 |
| Grgich HIlls Cellar<br>PO Box 450<br>Rutherford, CA 94573-0450 | Hanger 24 Craft Dist, LLC<br>PO Box 9420<br>Redlands, CA 92375-2620 | Hanna's Restaurant<br>22195 El Paseo, Ste 110<br>Rancho Santa Margarita, CA 92688-3952 |
| Hogs & Hops, LLC<br>7671 Woodwind Dr<br>Huntington Beach, CA 92647-7142 | Honig Vineyard & Winery<br>PO Box 406<br>Rutherford, CA 94573-0406 | Hudson Wine<br>5398 Carneros Hwy<br>Napa, CA 94559-9710 |
| Ingardia Bros Produce<br>700 S Hathaway St<br>Santa Ana, CA 92705-4126 | Kapcsandy Family Winery<br>PO Box 3717<br>Yountville, CA 94599-3717 | Karl Strauss Brewing Company<br>5985 Santa Fe Street<br>San Diego, CA 92109-1623 |
| Laguna Beach Beer Company<br>955 Canyon View Dr<br>Laguna Beach, CA 92651-2612 | Landsberg<br>PO Box 101144<br>Pasadena, CA 91189-0005 | Landsberg Orora<br>att: Legal Dept<br>6600 Valley View St<br>Buena Park, CA 90620-1145 |
| Lime Ventures<br>3951 Industrial Wy, Ste D<br>Concord, CA 94520-8552 | Maddalena Vineyard Brands<br>737 Lamar St<br>Los Angeles, CA 90031-2514 | Main Event Merchandise Group<br>6880 Hillsdale Court<br>Indianapolis, IN 46250-2001 |
| Orora<br>1900 West University Drive, Suite 1<br>Tempe, AZ 85281-3291 | Palmieri, Tyler, Wiener, LLP<br>1900 Main Street, Ste 700<br>Irvine, CA 92614-7328 | Peacock Cheese<br>5403 Santa Fe Ave<br>Los Angeles, CA 90058-3521 |
| Pedersen Law APLC<br>17910 Skypark Cir, Ste 105<br>Irvine, CA 92614-4458 | Phenix Wine Distributors<br>135 Aviation Wy, Ste 11B<br>Watsonville, CA 95076-2055 | Plumpjack Winery<br>620 Oakville Cross Rd<br>Napa, CA 94558-9740 |
| Premier Meat Company<br>5030 Gifford Ave<br>PO Box 58183<br>Los Angeles, CA 90058-0183 | Purlieu Wines<br>c/o 4Play Wine Consultants<br>2225 Camino Vida Roble, Ste 100<br>Carlsbad, CA 92011-1552 | Regal Wine Company<br>PO Box 2160<br>Windsor, CA 95492-2160 |
| Rombauer Vineyards, Inc.<br>Dept 33313<br>PO Box 39000<br>San Francisco, CA 94139-0001 | Sherwin Family Vineyards<br>4060 Spring Mountain Rd<br>Napa, CA 94559 | Skurnik Wines West<br>PO Box 421<br>Syosset, NY 11791-0421 |

| | | |
|---|---|---|
| Societe Brewing Company<br>8262 Clairemont Mesa Blvd<br>San Diego, CA 92111-1702 | Southern Wine & Spirits So Cal<br>17101 Valley View Ave<br>Cerritos, CA 90703-2442 | Springboard Wine Company<br>PO Box 6688<br>San Rafael, CA 94903-0688 |
| Stone Brewing Company<br>2865 Executive Pl<br>Escondido, CA 92029-1524 | The Grade Cellars<br>c/o Brian London<br>2225 Camino Vida Roble, Ste 100<br>Carlsbad, CA 92011-1552 | The Henry Wine Group<br>PO Box 844248<br>Los Angeles, CA 90084-4248 |
| The Mission Viejo News, Inc.<br>23472 Vista del Verde, Suite 6<br>Trabuco Canyon, CA 92679-3930 | The Rare Barrel<br>940 Parker St<br>Berkeley, CA 94710 | Tobin James Cellars, Inc.<br>8950 Union Rd<br>Paso Robles, CA 93446-9356 |
| Trinitas Cellars, LLC<br>2532 Dupont Dr<br>Irvine, CA 92612-1524 | Tuttovino, LLC<br>PO Box 220<br>Mill Valley, CA 94942-0220 | UPS<br>PO Box 894820<br>Los Angeles, CA 90189-4820 |
| USA Wine West<br>3030 Bridgeway, Ste 127<br>Sausalito, CA 94965-3811 | Uline<br>2200 S Lakeside Dr<br>Waukegan, IL 60085-8311 | ~~United States Trustee (SA)~~<br>~~411 W Fourth St., Suite 7160~~<br>~~Santa Ana, CA 92701-4500~~ |
| Vineyard 29<br>PO Box 93<br>Saint Helena, CA 94574-0093 | Vinifera California<br>13273 Barton Cir<br>Whittier, CA 90605-3255 | Wine Warehouse<br>PO Box 910900<br>Los Angeles, CA 90091-0900 |
| WineWise/The Vienna Wine Company<br>5655 College Avenue<br>Oakland, CA 94618-1583 | Y.O.R. Protection<br>PO Box 2065<br>Whittier, CA 90610-2065 | Young's Market Company<br>PO Box 30145<br>Oakland, CA 94604 |
| ~~Karen S Naylor (TR)~~<br>~~P.O. Box 504~~<br>~~Santa Ana, CA 92702-0504~~ | ~~William R Cumming~~<br>~~Cumming & Associates~~<br>~~3080 Bristol St Ste 630~~<br>~~Costa Mesa, CA 92626-7322~~ | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Marcus Lemonis, LLC

End of Label Matrix
Mailable recipients   82
Bypassed recipients    1
Total                 83

Addresses crossed out herein are listed to be served by the Court via Notice of Electronic Filing