| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karen Sue Naylor - State Bar No. 144273<br>PO Box 504<br>Santa Ana, CA 92702-0504<br>Telephone (714) 708-3900<br>Facsimile (714) 708-3949<br>Email knaylor@burd-naylor.com<br><br>Chapter 7 Trustee<br><br>☐ Movant(s) appearing without an attorney<br>☐ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>DGW WINE GROUP, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:17-bk-12858 ES<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (date): 08/03/2017 Movant(s) filed a motion or application (Motion) entitled: Notice of Intent to Abandon Property of the Estate [Docket Entry No. 9] // Opposition filed, subsequently withdrawn [see Docket Entry No. 17]

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (date): 08/03/2017 Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    F 9013-1.2.NO.REQUEST.HEARING.DEC

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 09/01/2017

_____
Signature

Karen Sue Naylor, Chapter 7 Trustee
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　　　　　Page 2　　　　　　　　F 9013-1.2.NO.REQUEST.HEARING.DEC

<u>In re DGW Wine Group, LLC</u>
Chapter 7 Case No. 8:17-bk-12858 ES

# DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION

# PURSUANT TO LBR 9013-1(o)
## [re Notice of Intent to Abandon Property of the Estate]

# Exhibit 1

E-FILED
Date: 8/3/17
Doc No. 9

8/30 @ 8

1  Karen Sue Naylor - Bar No. 144273
   P.O. Box 504
2  Santa Ana, CA 92702-0504
   Telephone    (714) 708-3900
3  Facsimile    (714) 708-3949
   Email        knaylor@burd-naylor.com
4
   Chapter 7 Trustee
5

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SANTA ANA DIVISION

11 In re:                          ) Case No.: 8:17-bk-12858 ES
                                   )
12 **DGW WINE GROUP, LLC**         ) Chapter 7
                                   )
13                                 )
                                   ) **NOTICE OF INTENT TO ABANDON**
14                                 ) **PROPERTY OF THE ESTATE**
       Debtor                      )
15                                 )
                                   )
16                                 ) [No Hearing Set]
                                   )
17                                 )
                                   )
18 ─────────────────────────────

19     **PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy
   Code [11 U.S.C. Section 554(a)], Karen Sue Naylor, the duly appointed, qualified and
20 acting Trustee of the estate of the above-captioned Debtors, intends to abandon the
   following property effective as of the petition date as burdensome and of
21 inconsequential value to the estate:
22
            **All assets of the Debtor which are subject to the security
23          interest of Marcus Lemonis LLC and formerly A Better
            Life, LLC, including but not limited to funds on deposit,
24          inventory of wine and other related products and office
            equipment, including all computer equipment and
25          communications systems equipment and software
            located at 29911 Aventura, Suites C, D, E and F, Rancho
26          Santa Margarita, CA 92688 or such other location where
            such items are maintained.**
27
28
                                1
                                            Exhibit ___1___ Page ___3___

After taking into consideration the value, liens, and costs of administration, the subject property is burdensome and of inconsequential value to the estate. In particular the Trustee has investigated the assets through information provided by the Debtor and secured creditor, has reviewed the secured claim, has reviewed the motion for relief filed by the landlord and evaluated the potential administrative claim of the landlord and the costs of administration to determine that such assets are burdensome and of inconsequential value to the estate.

Pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)] and Federal Rules of Bankruptcy Procedure Rule 6007, said property will be abandoned, without further hearing, or Order, unless within fourteen (14) days after service of this notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court at 411 West Fourth Street, Santa Ana CA 92701. **SEE LOCAL BANKRUPTCY RULE 6007-1.**

Date: August 3, 2017

*/s/ Karen Sue Naylor*
Karen Sue Naylor
Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) August 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **LESLIE A BOWER**    leslie@labowerlaw.com
   - **William R Cumming**    cumming@cummingandassociateslaw.com
   - **Karen S Naylor (TR)**    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com
   - **Paul R Shankman**    pshankman@jhindslaw.com
   - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

   ☐ Service information continued on attached page.

2. **SERVED BY UNITED STATES MAIL**:
On (date) August 3, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☒ Service information continued on attached page.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2017 | Jaimee Zayicek | /s/ Jaimee Zayicek |
|---|---|---|
|  | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit 1    Page 5

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:17-bk-12858-ES<br>Central District of California<br>Santa Ana<br>Thu Aug  3 13:21:47 PDT 2017 | CP Empressa RSM, LLC<br>17870 Skypark Circle, Suite 108<br>Irivine, CA 92614 US 92614-6448 | DGW Wine Group, LLC<br>29911 Aventura, Suites C, D, E, F<br>Rancho Santa Margari, CA 92688 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| A Better Life LLC<br>4192 Route 83, Suite C<br>Lake Zurich, IL 60047-9563 | A&M Wines<br>310 Ashlar Dr<br>Napa, CA 94558-3714 | Abnormal Beer Company<br>16990 Via Tazon, Unit 123<br>San Diego, CA 92127-1649 |
| Allen Matkins<br>600 West Broadway, 27th Floort<br>San Diego, CA 92191 | Alpha Omega<br>PO Box 822<br>Rutherford, CA 94573-0822 | Amici Cellars<br>PO Box 399<br>Rutherford, CA 94573-0399 |
| Beachwood Brewing II LP<br>7671 Woodwind Dr<br>Huntington Beach, CA 92647-7142 | Bottle Logic Brewing<br>1072 N. Armando St<br>Anaheim, CA 92806-2605 | CP Empressa RSM LLC<br>c/o Nicole Blake<br>18101 Von Karman Ave, Ste 1240<br>Irvine, CA 92612-7120 |
| Chambers and Chambers, LLC<br>2140 Palou Ave<br>San Francisco, CA 94124-1503 | Chapman Crafted Beer<br>123 N Cypress St<br>Orange, CA 92866-1309 | Classic Wines of California<br>PO Box 51512<br>Los Angeles, CA 90051-5812 |
| Continuum<br>c/o Grapevine Wine Co<br>205 Avenue I, Ste 23<br>Redondo Beach, CA 90277-5619 | Copa Fina Wine Imports<br>7700 Edgewater Dr, Ste 527<br>Oakland, CA 94621-3021 | Coravin, Inc.<br>Dept Ch 10885<br>Palatine, IL 60055-0001 |
| Craft Beer Guild Distributing<br>13211 East 166th St<br>Cerritos, CA 90703-2203 | Dan Isenhart<br>29 Calle Del Sur<br>Rancho Santa Margarita, CA 92688-2917 | David Hanna<br>22195 El Paseo, Suite 110<br>Rancho Santa Margarita, CA 92688-3952 |
| Diane C. Harder Wine Marketing<br>2518 Artesia Blvd<br>Redondo Beach, CA 90278-3210 | Dragonette Cellars<br>PO Box 1932<br>Santa Ynez, CA 93460-1932 | Duckhorn Wine Company<br>PO Box 8401<br>Pasadena, CA 91109-8401 |
| Epic Wines<br>PO Box 8366<br>Pasadena, CA 91109-8366 | FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Frank Family Vineyards<br>PO Box 1012<br>Saint Helena, CA 94574-0512 |

Exhibit 1    Page 6

| | | |
|---|---|---|
| Free Run Juice, LLC<br>2517 Gates Ave, Unit A<br>Redondo Beach, CA 90278-2117 | G&K Services<br>14700 Spring Ave.<br>Santa Fe Springs, CA 90670-5108 | Golden State Cellar<br>16311 Stagg Street<br>Van Nuys, CA 91406-1711 |
| Grgich HIlls Cellar<br>PO Box 450<br>Rutherford, CA 94573-0450 | Hanger 24 Craft Dist, LLC<br>PO Box 9420<br>Redlands, CA 92375-2620 | Hanna's Restaurant<br>22195 El Paseo, Ste 110<br>Rancho Santa Margarita, CA 92688-3952 |
| Hogs & Hops, LLC<br>7671 Woodwind Dr<br>Huntington Beach, CA 92647-7142 | Honig Vineyard & Winery<br>PO Box 406<br>Rutherford, CA 94573-0406 | Hudson Wine<br>5398 Carneros Hwy<br>Napa, CA 94559-9710 |
| Ingardia Bros Produce<br>700 S Hathaway St<br>Santa Ana, CA 92705-4126 | Kapcsandy Family Winery<br>PO Box 3717<br>Yountville, CA 94599-3717 | Karl Strauss Brewing Company<br>5985 Santa Fe Street<br>San Diego, CA 92109-1623 |
| Laguna Beach Beer Company<br>955 Canyon View Dr<br>Laguna Beach, CA 92651-2612 | Landsberg<br>PO Box 101144<br>Pasadena, CA 91189-0005 | Landsberg Orora<br>att: Legal Dept<br>6600 Valley View St<br>Buena Park, CA 90620-1145 |
| Lime Ventures<br>3951 Industrial Wy, Ste D<br>Concord, CA 94520-8552 | Maddalena Vineyard Brands<br>737 Lamar St<br>Los Angeles, CA 90031-2514 | Main Event Merchandise Group<br>6880 Hillsdale Court<br>Indianapolis, IN 46250-2001 |
| Orora<br>1900 West University Drive, Suite 1<br>Tempe, AZ 85281-3291 | Palmieri, Tyler, Wiener, LLP<br>1900 Main Street, Ste 700<br>Irvine, CA 92614-7328 | Peacock Cheese<br>5403 Santa Fe Ave<br>Los Angeles, CA 90058-3521 |
| Pedersen Law APLC<br>17910 Skypark Cir, Ste 105<br>Irvine, CA 92614-4458 | Phenix Wine Distributors<br>135 Aviation Wy, Ste 11B<br>Watsonville, CA 95076-2055 | Plumpjack Winery<br>620 Oakville Cross Rd<br>Napa, CA 94558-9740 |
| Premier Meat Company<br>5030 Gifford Ave<br>PO Box 58183<br>Los Angeles, CA 90058-0183 | Purlieu Wines<br>c/o 4Play Wine Consultants<br>2225 Camino Vida Roble, Ste 100<br>Carlsbad, CA 92011-1552 | Regal Wine Company<br>PO Box 2160<br>Windsor, CA 95492-2160 |
| Rombauer Vineyards, Inc.<br>Dept 33313<br>PO Box 39000<br>San Francisco, CA 94139-0001 | Sherwin Family Vineyards<br>4060 Spring Mountain Rd<br>Napa, CA 94559 | Skurnik Wines West<br>PO Box 421<br>Syosset, NY 11791-0421 |

Exhibit ___1___ Page ___7___

Societe Brewing Company
8262 Clairemont Mesa Blvd
San Diego, CA 92111-1702

Southern Wine & Spirits So Cal
17101 Valley View Ave
Cerritos, CA 90703-2442

Springboard Wine Company
PO Box 6688
San Rafael, CA 94903-0688

Stone Brewing Company
2865 Executive Pl
Escondido, CA 92029-1524

The Grade Cellars
c/o Brian London
2225 Camino Vida Roble, Ste 100
Carlsbad, CA 92011-1552

The Henry Wine Group
PO Box 844248
Los Angeles, CA 90084-4248

The Mission Viejo News, Inc.
23472 Vista del Verde, Suite 6
Trabuco Canyon, CA 92679-3930

The Rare Barrel
940 Parker St
Berkeley, CA 94710

Tobin James Cellars, Inc.
8950 Union Rd
Paso Robles, CA 93446-9356

Trinitas Cellars, LLC
2532 Dupont Dr
Irvine, CA 92612-1524

Tuttovino, LLC
PO Box 220
Mill Valley, CA 94942-0220

UPS
PO Box 894820
Los Angeles, CA 90189-4820

USA Wine West
3030 Bridgeway, Ste 127
Sausalito, CA 94965-3811

Uline
2200 S Lakeside Dr
Waukegan, IL 60085-8311

~~United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500~~

Vineyard 29
PO Box 93
Saint Helena, CA 94574-0093

Vinifera California
13273 Barton Cir
Whittier, CA 90605-3255

Wine Warehouse
PO Box 910900
Los Angeles, CA 90091-0900

WineWise/The Vienna Wine Company
5655 College Avenue
Oakland, CA 94618-1583

Y.O.R. Protection
PO Box 2065
Whittier, CA 90610-2065

Young's Market Company
PO Box 30145
Oakland, CA 94604

~~Karen S Naylor (TR)
P.O. Box 504
Santa Ana, CA 92702-0504~~

~~William R Cumming
Cumming & Associates
3080 Bristol St Ste 630
Costa Mesa, CA 92626-7322~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Marcus Lemonis, LLC

End of Label Matrix
Mailable recipients    82
Bypassed recipients     1
Total                  83

Exhibit __1__ Page __8__

Addresses crossed out herein are listed to be served by the Court via Notice of Electronic Filing

## File a Notice:

8:17-bk-12858-ES DGW Wine Group, LLC

Type: bk  
Assets: n  

Chapter: 7 v  
Judge: ES  

Office: 8 (Santa Ana)

**U.S. Bankruptcy Court**

**Central District of California**

Notice of Electronic Filing

The following transaction was received from Karen S Naylor (TR) entered on 8/3/2017 at 1:54 PM PDT and filed on 8/3/2017

**Case Name:** DGW Wine Group, LLC  
**Case Number:** 8:17-bk-12858-ES  
**Document Number:** 9

**Docket Text:**
Notice of Proposed Abandonment of Property of the Estate Filed by Trustee Karen S Naylor (TR). (Naylor (TR), Karen)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** for filing_Notice of Intent to Abandon Property of the Estate.pdf  
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/3/2017] [FileNumber=88414582-0
] [4e04f4ce3409decb7983bfa92898617793b9ef8e8f4a2409a460cb46b05ec176da3
8d0928e1b2c0fd90680ef9f311d3690bea6f4fd84b896d6b1ea9622fd02ec]]

**8:17-bk-12858-ES Notice will be electronically mailed to:**

LESLIE A BOWER on behalf of Creditor CP Empressa RSM, LLC
leslie@labowerlaw.com

William R Cumming on behalf of Debtor DGW Wine Group, LLC
cumming@cummingandassociateslaw.com

Karen S Naylor (TR)
acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com

Paul R Shankman on behalf of Creditor Marcus Lemonis, LLC
pshankman@jhindslaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**8:17-bk-12858-ES Notice will not be electronically mailed to:**

Exhibit _____1_____ Page ___9___

https://ecf.cacb.uscourts.gov/cgi-bin/Dispatch.pl?123835689479738    8/3/2017

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 West Santa Ana Boulevard, Suite 400, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/01/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/01/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, US Bankruptcy Court Judge, 411 West Fourth Street, Suite 5040, Santa Ana, CA 92701
Debtor: DGW Win Group, LLC, 29911 Aventura, Suites C, D, E, F, Rancho Santa Margarita, CA 92688
Interested Party: Lime Ventures, Inc., Attn: Michael Lucas-President, 3951 Industrial Way, Ste. D, Concord, CA 94520

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/01/2017 | Jaimee Zayicek | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **LESLIE A BOWER**    leslie@labowerlaw.com
- **William R Cumming**    cumming@cummingandassociateslaw.com
- **Karen S Naylor (TR)**    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com
- **Paul R Shankman**    pshankman@jhindslaw.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov